

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00747-CV

Marcelo **GALVAN**, Jr. and Analicia R. Galvan,
Appellants

v.

Cledson Macedo de **CARVALHO**, Kristina Carvalho and Jagaland Co., LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the orders of the trial court are AFFIRMED. It is ORDERED that appellees, Cledson Macedo de Carvalho, Kristina Carvalho, and Jagaland Co., LLC, recover their costs of this appeal from appellants, Marcelo Galvan, Jr. and Analicia R. Galvan.

SIGNED February 19, 2020.

_____
Rebeca C. Martinez, Justice